454 A.2d 167

Commonwealth v. Vaughn, Appellant.

Petitions for Allowance of Appeal Denied
Sept. 8, 1983 & Mar. 20, 1984.

Submitted February 16, 1982. Brian R. Williams, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

The order denying relief under the Post Conviction Hearing Act is affirmed.